No. 86–6867.   LOWENFIELD v. PHELPS, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted limited to Questions 1 and 2 presented by the petition. ▮

No. 86–1400.   COMMONWEALTH OIL REFINING CO., INC. v. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY.   C. A. 5th Cir.   Certiorari denied. ▮

No. 86–1416.   MOTTO v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied. ▮

No. 86–1417.   COLLINS ET AL. v. COUNTY OF KENDALL, ILLINOIS, ET AL.   C. A. 7th Cir.   Certiorari denied. ▮

No. 86–1429.   SECURITIES INDUSTRY ASSN. v. BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL.   C. A. D. C. Cir.   Certiorari denied. ▮

No. 86–1436.   YANKTON SIOUX TRIBE OF INDIANS v. SOUTH DAKOTA ET AL.   C. A. 8th Cir.   Certiorari denied. ▮

No. 86–1474.   RUBIN v. FLORIDA.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied. ▮

No. 86–1480.   ALEXANDER ET AL. v. CHEVRON U. S. A. C. A. 5th Cir.   Certiorari denied. ▮

No. 86–1493.   STATE BANK OF INDIA v. NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 7th Cir.   Certiorari denied. ▮

No. 86–1514.   CALLAHAN v. UNITED STATES.   C. A. 7th Cir. Certiorari denied. ▮

No. 86–1527.   MCCLELLAN REALTY CO. ET AL. v. UNITED STATES ET AL.   C. A. 3d Cir.   Certiorari denied. ▮